AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **GARRETT VINCENT BRIDGES** | Case No.   1:15CR10017-001 |
| | USM No.   12865-010 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilty to violation of condition(s)   Conditions listed below   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition #3- Use of Controlled Substance | 04/07/2021 |
| Two | Standard Condition #4 - Fail to Answer USPO Truthfully | 04/08/2021 |
| Three | Standard Condition #8 - Association w/ Person Engaged in Criminal Activity | 04/06/2021 |
| Four | Special Condition #2 – Fail to Comply w/ SATP | 04/19/2021 |
| Five | Mandatory Condition #3- Use of Controlled Substance | 05/08/2021 |
| Six | Standard Condition #8 - Association w/ Person Engaged in Criminal Activity | 05/11/2021 |
| Seven | Special Condition #2 – Fail to Comply w/ SATP | |
| | Special Condition #3 – Fail to Comply with Mental Health Treatment | 05/17/2021 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.  2828 | August 10, 2022 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:  1993 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Crossett, Arkansas | |
| | Susan O. Hickey, Chief United States District Judge |
| | Name and Title of Judge |
| | August 10, 2022 |
| | Date |

Judgment—Page 2 of 3

DEFENDANT: GARRETT VINCENT BRIDGES
CASE NUMBER: 1:15CR10017-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Eight | Standard Condition #13 – Fail to Follow USPO Instructions | 05/14/2021 |
| Nine | Mandatory Condition #3- Use of Controlled Substance | 05/22/2021 |
| Ten | Special Condition #2 – Fail to Comply w/ SATP | 06/04/2021 |
| Eleven | Standard Condition #8 - Association w/ Person Engaged in Criminal Activity | 06/09/2021 |
| Twelve | Special Condition #3 – Fail to Comply with Mental Health Treatment | 05/17/2021 |
| Thirteen | Mandatory Condition #3- Use of Controlled Substance | 06/12/2021 |
| Fourteen | Special Condition #2 – Fail to Comply w/ SATP | 07/15/2021 |
| Fifteen | Standard Condition #5 – Fail to Live at Place Approved by USPO | |
| | Standard Condition #13 – Fail to Follow USPO Instructions | 07/15/2021 |
| Sixteen | Mandatory Condition #3- Use of Controlled Substance | 07/15/2021 |
| Seventeen | Mandatory Condition #3- Use of Controlled Substance | 07/30/2021 |
| Eighteen | Special Condition #3 – Fail to Comply with Mental Health Treatment | 07/23/2021 |
| Nineteen | Special Condition #2 – Fail to Comply w/ SATP | 08/06/2021 |
| Twenty-one | Standard Condition #3 – Travel Outside District w/out USPO Permission | 08/08/2021 |
| Twenty-two | Standard Condition #8 - Association w/ Person Engaged in Criminal Activity | 08/08/2021 |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: GARRETT VINCENT BRIDGES
CASE NUMBER: 1:15CR10017-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Thirteen (13) months with credit for time served in federal custody. No term of supervised release to follow imprisonment**.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL